**Order filed October 4, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00159-CV
_____

**FREEDMEN'S TOWN ASSOCIATION, INC., Appellant**

**V.**

**HARRIS COUNTY, ET AL, AS OF HARRIS COUNTY, CITY OF HOUSTON, HOUSTON ISD, AND HCCS, Appellees**

On Appeal from the 189th District Court
Harris County, Texas
Trial Court Cause No. 2014-67711

## O R D E R

Appellant's brief was due July 25, 2016. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **October 25, 2016**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM